IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON,<br><br>          Plaintiff,<br><br>   v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>          Defendants<br>_____/ | No. C-07-0904 MMC<br><br>**ORDER GRANTING MOTION TO DISMISS CAUSES OF ACTION ASSERTED AGAINST DEFENDANTS CONTRA COSTA COUNTY AND CONTRA COSTA COUNTY OFFICE OF REVENUE COLLECTIONS; VACATING HEARING**<br><br>(Docket No. 5) |

     Before the Court is the motion filed March 29, 2007 by defendants Contra Costa County and Contra Costa County Office of Revenue Collections (jointly, "County") to dismiss the claims asserted against them, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. No opposition to the motion has been filed. Having considered the papers filed in support of the motion, the Court finds the matter appropriate for decision without oral argument, see Civil L.R. 7-1(b), hereby VACATES the May 4, 2007 hearing, and rules as follows:

     All claims asserted against the County are subject to dismissal because Johnson fails to allege he was injured as a result of an unconstitutional policy or custom of the County. See Monell v. Department of Social Services, 436 U.S. 658, 694 (1978) (holding "local government may not be sued under § 1983 for an injury inflicted solely by its

1 employees or agents; rather, "it is when execution of a government's policy or custom, 2 whether made by its lawmakers or by those whose edicts or acts may fairly be said to 3 represent official policy, inflicts the injury that the government as an entity is responsible 4 under § 1983"); <u>Streit v. County of Los Angeles</u>, 236 F.3d 552, 559 (9th Cir. 2001) ("A 5 county is subject to section 1983 liability . . . if its policies . . . caused the particular 6 constitutional violation at issue."). There is no indication that such deficiency can be cured 7 by amendment, as there is no allegation that a County employee caused plaintiff any injury.

8 Accordingly, the County's motion to dismiss is hereby GRANTED, and all claims 9 asserted against the County are hereby DISMISSED with prejudice.

10 This order terminates Docket No. 5.

11 **IT IS SO ORDERED.**

12 Dated: April 30, 2007

_____
MAXINE M. CHESNEY
13 United States District Judge