**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  LE ROI JOHNSON,                                    No. C-07-0904 MMC

11          Plaintiff,                         **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE;**
      v.                                       **DIRECTIONS TO PLAINTIFF RE:**
12                                             **UNSERVED DEFENDANTS**
    CONTRA COSTA COUNTY, et al.,
13

14          Defendants
                                          /

15

16          In light of the pending motions to dismiss, filed July 16, 2007 and July 31, 2007 by

17  defendants City of El Cerrito and El Cerrito Police Department, respectively, the Case

18  Management Conference currently scheduled for August 3, 2007 at 10:30 a.m. is hereby

19  CONTINUED to **September 28, 2007** at 10:30 a.m.  A Joint Case Management Statement

20  shall be filed no later than September 21, 2007.

21          Additionally, the United States Marshal has advised the Court that it is unable to

22  effectuate service on defendants Certified Towing and Officer Wenk.  The summons as to

23  Certified Towing was returned by the Marshal as "Undeliverable" because the address

24  provided by plaintiff "does not exist," (see Docket No. 20), and the summons as to Officer

25  Wenk was returned by the Marshal as "Undeliverable" because there is "no officer by the

26  name given," (see Docket No. 21).   Accordingly, no later than **September 3, 2007**, plaintiff

27  must either (1) himself effectuate, and file proof of, service on said defendants or

28  (2) provide the Court with accurate information such that the Marshal is able to effectuate

1 service on plaintiff's behalf.  If, as to any such defendant, plaintiff fails to comply with this

2 order by said date, plaintiff's claims against such defendant will be dismissed without

3 prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

4 **IT IS SO ORDERED.**

5 Dated: July 31, 2007

6 MAXINE M. CHESNEY
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2