IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON, | No. C-07-0904 MMC |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS CAUSES OF ACTION ASSERTED AGAINST DEFENDANT CITY OF EL CERRITO; VACATING HEARING** |
| v. | |
| CONTRA COSTA COUNTY, et al., | (Docket No. 15) |
| Defendants / | |

Before the Court is the motion filed July 10, 2007 by defendant City of El Cerrito ("City") to dismiss the claims asserted against it, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Civil Local Rule 7-3(a), any opposition to the motion was required to be filed no later than August 3, 2007. To date, no opposition to the motion has been filed. Having considered the papers filed in support of the motion, the Court finds the matter appropriate for decision without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the August 24, 2007 hearing.

For the reasons set forth by the City, the motion is hereby GRANTED, and all claims asserted against the City are hereby DISMISSED with prejudice.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: August 10, 2007

MAXINE M. CHESNEY
United States District Judge