IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

    Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

    Defendants
                                     /

No. C-07-0904 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO PROVIDE ANTICIPATED RELEASE DATE**

    In light of plaintiff's having advised the Court that he is currently incarcerated, the Case Management Conference scheduled for September 28, 2007 is hereby VACATED. To assist the Court in scheduling matters, Plaintiff is hereby ORDERED to provide the Court, no later than October 12, 2007, with the date upon which he anticipates being released. By separate order, the Court will address plaintiff's recent requests for service of process, an extension of time, and other relief, and, if appropriate, will reset the Case Management Conference.

    **IT IS SO ORDERED.**

Dated: September 25, 2007

                                                    MAXINE M. CHESNEY
                                                    United States District Judge