IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

        Plaintiff,

  v.

CONTRA COSTA COUNTY, et al.,

        Defendants

No. C-07-0904 MMC

**ORDER DENYING DEFENDANT'S LETTER REQUEST; DIRECTIONS TO CLERK**

     The Court is in receipt of a letter e-filed September 14, 2007 by counsel for former defendants City of El Cerrito and El Cerrito Police Department, by which said counsel seeks dismissal of the claims against defendant Officer Wenk. The Court does not act on requests made by letter. Further, in light of plaintiff's recent motions, filed, respectively, August 24, 2007, September 5, 2007, and September 24, 2007, it would appear that the

//
//
//
//

letter request is premature.[1]

Accordingly, defendant's letter request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] It is unclear from the record whether plaintiff served any defendant with copies of said motions. Accordingly, the Clerk is hereby directed to mail copies of said motions to counsel for defendants City of El Cerrito and El Cerrito Police Department.