IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON, | No. C-07-0904 MMC |
| Plaintiff, | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CONTRA COSTA COUNTY, et al., | |
| Defendants / | |

    In light of the Court's order issued today's date and granting plaintiff an extension of time to effectuate service on certain defendants as well as leave to file an Amended Complaint, a Case Management Conference is hereby SCHEDULED for January 25, 2008, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than January 18, 2008.

    Plaintiff shall serve by mail a copy of the instant order on all defendants.

    **IT IS SO ORDERED.**

Dated: October 30, 2007

MAXINE M. CHESNEY
United States District Judge