IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

        Plaintiff,

  v.

CONTRA COSTA COUNTY, et al.,

        Defendants

No. C-07-0904 MMC

**ORDER EXTENDING DEADLINES FOR SERVICE AND TO FILE AMENDED COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO CLERK**

    By two orders filed October 30, 2007, the Court granted plaintiff an extension of time to effectuate service on defendants Certified Towing and Officer Wenk, (see Order Granting Plaintiff's Motion for Extension of Time; Denying Plaintiff's Motion to Reissue Subpoenas without Prejudice; Granting Leave to File Amended Complaint, filed October 30, 2007), granted plaintiff leave to file an amended complaint, (see id.), and scheduled a Case Management Conference for January 25, 2008, (see Order Scheduling Case Management Conference, filed October 30, 2007).

    That same date, the orders were mailed to plaintiff at his then-current address at Marsh Creek Detention Facility in Clayton, California. (See Certificates of Service filed October 30, 2007.) The orders were returned on November 13, 2007 as undeliverable. That same date, plaintiff notified the Court of his change of address. (See Pl.'s Change of

Address, filed November 13, 2007.) Thereafter, the Court's Orders of October 30, 2007 were not re-mailed to plaintiff. Consequently, it appears plaintiff did not receive notice of the extended deadlines for effectuating service and for filing an amended complaint, or the scheduled date of the Case Management Conference.

Accordingly, the Court hereby CONTINUES said deadlines and date, as follows:

1. Any Amended Complaint shall be filed no later than February 8, 2008.

2. With respect to defendant Certified Towing, no later than February 29, 2008, plaintiff must either (a) himself effectuate, and file proof of, service on defendant Certified Towing or (b) provide the Court, in writing, with accurate information such that the United States Marshal is able to effectuate service on plaintiff's behalf. If plaintiff fails to comply with this order by February 29, 2008, plaintiff's claims against defendant Certified Towing will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

3. With respect to defendant Officer Wenk, plaintiff must file proof of service on said defendant under said defendant's correct name no later than February 29, 2008.

4. The Case Management Conference previously scheduled for January 25, 2008 is hereby CONTINUED to March 28, 2008.

All other provisions of the Court's orders of October 30, 2007 remain in effect.

The Clerk is directed to send a copy of this Order, together with a copy of each of the two Orders filed on October 30, 2007, to plaintiff at his address, as provided in plaintiff's "Change of Address," filed November 13, 2007, as follows: 12816 San Pablo Ave., Richmond, California 94805.

**IT IS SO ORDERED.**

Dated: January 24, 2008

MAXINE M. CHESNEY
United States District Judge