IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

        Plaintiff,

  v.

CONTRA COSTA COUNTY, et al.,

        Defendants

No. C-07-0904 MMC

**ORDER DISMISSING CLAIMS AGAINST JUDGE TREAT**

      Before the Court is the amended complaint, filed February 4, 2008 by plaintiff Le Roi Johnson, in which plaintiff asserts, inter alia, claims against an additional defendant, Judge Treat. (See Am. Compl. at 1.) Where, as here, a case is brought in forma pauperis, the district court is required to review the complaint and "shall dismiss the case . . . if the court determines that . . . the action . . . fails to state a claim on which relief may be granted." See 28 U.S.C. § 1915(e)(2)(B)(ii). Accordingly, the Court turns to the claims against Judge Treat.

      The claims against Judge Treat arise out of acts performed by said defendant in his judicial capacity, for which plaintiff seeks monetary damages and an order of "censure." (See Am. Compl. at 7.) "It is well established that state judges are entitled to absolute immunity for their judicial acts." Swift v. California, 384 F.3d 1184, 1188 (9th Cir. 2004). In

particular, a state court judge is absolutely immune from civil liability for damages resulting from acts performed in his judicial capacity. See Pierson v. Ray, 386 U.S. 547, 553-55 (1967).

Accordingly, the claims asserted against Judge Treat are hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: February 13, 2008

MAXINE M. CHESNEY
United States District Judge