IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON,<br><br>           Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>           Defendants | No. C-07-0904 MMC<br><br>**ORDER DIRECTING CLERK TO ISSUE SUMMONSES; DIRECTING SERVICE BY U.S. MARSHAL** |

On March 8, 2007, the Court granted plaintiff's application to proceed in forma pauperis and ordered the United States Marshal to serve defendants, without prepayment of fees. Plaintiff subsequently failed, however, to provide sufficient information for the Marshal to serve defendant Certified Towing and the defendant named in the complaint as "Officer Wenk." (See Summons Returned Unexecuted as to Certified Towing, filed July 25, 2007; Summons Returned Unexecuted as to Wenk, filed July 25, 2007.)

On February 4, 2008, plaintiff filed an amended complaint. At a case management conference held on March 28, 2008, the Court ordered plaintiff to provide, no later than April 11, 2008, information sufficient for the Marshal to serve all defendants named in the amended complaint who had not been served, specifically defendants Certified Towing, William Zenk, and Corporal Hartung. On April 7, 2008, plaintiff submitted a filing titled

"Names and Addresses of Defendants," wherein plaintiff supplies an address for Certified Towing (954 Hensley Avenue, Richmond, California 94801) and an address for William Zenk and Corporal Hartung, (El Cerrito Police Department, Manilla and San Pablo Avenues, El Cerrito 94530). (See Pl.'s "Names and Addresses of Defendants" filed April 7, 2008.)

Accordingly, the Clerk of Court is hereby DIRECTED to issue summons for defendants named in the Amended Complaint as "William Zenk," "Corporal Hartung," and "Certified Towing," and forward such summonses, along with a copy of plaintiff's "Names and Addresses of Defendants" (Doc. No. 52), to the United States Marshal for purposes of service. Additionally, the United States Marshal is hereby DIRECTED to serve such summonses, without prepayment of fees, together with a copy of the amended complaint and this order, upon said defendants at the addresses specified by plaintiff.

**IT IS SO ORDERED.**

Dated: April 17, 2008

MAXINE M. CHESNEY
United States District Judge