IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LE ROI JOHNSON,

    Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

    Defendants
                                      /

No. C-07-0904 MMC

**ORDER VACATING JUNE 27, 2008 HEARING**

    Before the Court are two motions filed by defendant Corporal Hartung, both filed May 20, 2007 and scheduled for hearing June 27, 2008: (1) "Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(6)"; and (2) "Motion for a More Definite Statement Per FRCP 12(e)." Pursuant to the Civil Local Rules of this District, opposition was due no later than June 6, 2008. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

    Accordingly, the Court deems the matters submitted on the moving papers and VACATES the hearing scheduled for June 27, 2008.

    **IT IS SO ORDERED.**

Dated: June 17, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge