IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROI JOHNSON, | No. C-07-0904 MMC |
| Plaintiff, | **ORDER DISMISSING AMENDED COMPLAINT** |
| v. | |
| CONTRA COSTA COUNTY, et al., | |
| Defendants. | |

On July 31, 2008, the Court, having considered the motions to dismiss filed, respectively, by defendants Corporal Hartung and William Zink, to which motions plaintiff failed to file opposition, ordered plaintiff to show cause why his Amended Complaint should not be dismissed for the reason that three of plaintiff's four remaining claims appeared to be barred by Heck v. Humphrey, 512 U.S. 477 (1994), and plaintiff's last remaining claim appeared to be barred as a federal cause of action under Barnett v. Centoni, 31 F.3d 813 (9th Cir. 1994). (See Order to Show Cause with Respect to Motions to Dismiss, filed July 31, 2008 ("Order to Show Cause").)

On August 19, 2008, plaintiff filed a response thereto, in which plaintiff fails to address either of the grounds for dismissal raised in the order to show cause, and fails to

1  suggest he could provide any facts that would render any of his remaining claims viable
2  under the authorities set forth above.  Further, although plaintiff's response includes a
3  cursory request for an extension of time in which to submit supplemental argument, plaintiff
4  has failed to provide any rationale for why such an extension would be appropriate, much
5  less shown good cause therefor.  Moreover, as plaintiff has failed to indicate the existence
6  of facts that could cure the deficiencies identified in the order to show cause, any such
7  supplemental argument would be futile, and, consequently, the request is denied.

8        Accordingly, for the reasons stated in the Order to Show Cause, the Amended
9  Complaint in the above-titled action is hereby DISMISSED.  With respect to plaintiff's
10 Fourth Count, such dismissal is without prejudice to plaintiff's filing such claim in state
11 court.

12 **IT IS SO ORDERED.**

13 Dated: August 21, 2008

                MAXINE M. CHESNEY
                United States District Judge